

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| CLAUDIA PATRICIA ROCHA SOLIS, | § | No. 08-18-00101-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D03568) |
| | § | |

**O R D E R**

Pending before the Court is the State's motion to forward a portion of State's Exhibit 6 for the Court's review in this appeal. The State's motion establishes that (1) State's Exhibit 6 is the methamphetamine introduced into evidence with a chain of custody document entitled "Property and Evidence Voucher"; and (2) State's Exhibit 6 is in the possession of the El Paso County Sheriff's Office. The State requests that the Court order the Sheriff's Office to forward only the "Property and Evidence Voucher" to the El Paso County District Clerk so that it can be forwarded to this Court for its use in the disposition in this appeal. *See* TEX.R.APP.P. 34.6(g)(1). The motion is GRANTED.

Accordingly, the Court ORDERS Jaqueline Armas, EPCSO/CID Evidence Clerk with the Sheriff's Office of El Paso County, Texas, to deliver **only** the original documentation portion of State's Exhibit 6 entitled "Property and Evidence Voucher" to the District Clerk of El Paso County

1

by February 4, 2019. The District Clerk shall forward the original documentation portion of State's Exhibit 6 to this Court on or before February 14, 2019. After the final disposition of this appeal, the Court will return the original exhibit to the District Clerk of El Paso County, Texas, who shall return the original exhibit to the El Paso County Sheriff's Office.

IT IS SO ORDERED this 25th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.

2